UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| FELISHA EMERSON,<br><br>  Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>  Defendant | **AMENDED ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br><br>CASE   1:13-CV-00953-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

  X   The clerk is directed to file the complaint.

  X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____


ENTER this   __9th__   day of   __July__  , __2013__ .


                              /s/ Barbara A. McAuliffe
                              Signature of Judicial Officer

                              BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                              Name and Title of Judicial Officer