BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| FELISHA EMERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:13-cv-00953-BAM<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 30 days, to April 7, 2014, for Defendant to file her Opposition to Plaintiff Motion for Summary Judgment, according to the Court's Scheduling Order ("Order").  This is Defendant's first request for an extension.  This extension is requested because Defenant's counsel has experienced an unexpected significant increase in work load due to the sudden departure of two attorneys from Defendant's Office of the Regional Chief Counsel, both for extended medical treatment.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: <u>March 7, 2014</u>   Dellert Baird Law Offices, PLLC

By:   <u>/s/ Kelsey Mackenzie Brown</u>*
KELSEY MACKENZIE BROWN
*By email authorization

Attorney for Plaintiff

Date: <u>March 7, 2014</u>   BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

By:   <u>/s/ Paul Sachelari</u>
PAUL SACHELARI
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, to and including April 7, 2014, in which to file an opposition to Plaintiff's opening brief; and that all other deadlines set forth in the July 5, 2013 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **March 10, 2014**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE